IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-02549-RM-NYW

PEERLESS INDEMNITY INSURANCE COMPANY,

    Plaintiff,

v.

TIMOTHY NEMECHEK; NEMECHEK LAW GROUP, LLC,
a Colorado limited liability company; and MICHELLE MAGRUDER,

    Defendants.

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (Docket No. 32). The Court having reviewed the Stipulation and being advised as to all matters thereto,

ORDERS that this action is dismissed with prejudice, with each party to bear its, his or her own attorneys' fees and costs.

DATED this 20th day of November, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2005657553_1